IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHIOMA NWAUWA, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:18-CV-1130 |
| KINGSLEY UGOCHUKWU, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiff Chioma Nwauwa's ("Plaintiff") Renewed Motion to Redact Sensitive Personal and Financial Information ("Motion to Seal"), (Dkt. 52), and Plaintiff's Motion to Reissue or Redact or Remove Sensitive Personal and Financial Information in the Order on Preliminary Injunction ("Motion to Redact"), (Dkt. 53). Defendant Kingsley Ugochukwu's ("Defendant") did not respond to either motion. In her Motion to Seal, Plaintiff requests that the Court seal specific documents filed in this case, (Dkt. 52, at 4–5), most of which already were sealed per the Court's Order on May 15, 2020, (Dkt. 51). For the same reasons stated in that Order, the Court finds that Plaintiff has shown good cause to seal specific documents in this case.

**IT IS ORDERED** that Plaintiff's Motion to Seal, (Dkt. 52), is **GRANTED**.

The Court directs the Clerk's Office to **SEAL** the following additional documents:

1. Memorandum n Support, Dkt. 26 and exhibits;

2. Memorandum in Opposition to the Motion, Dkt. 27; and

3. Supplemental Motion to Dismiss, (Dkt. 39).

1

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Redact, (Dkt. 53), is **DENIED AS MOOT** because the documents that Plaintiff wishes the Court to redact are already sealed.

**SIGNED** on June 22, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE