UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS — AUSTIN DIVISION

CHIOMA NWAUWA, an individual,

      Plaintiff

v.

KINGSLEY UGOCHUKWU, an individual.

      Defendant

NO. 1:18-cv-01130-RP

**MOTION DIRECTING LEAGLE WEBSITE TO REMOVE FROM THEIR WEBSITE DOCUMENTS SEALED BY THE COURT**

This Plaintiff hereby respectfully requests that the Court direct LEAGLE Website to follow the order of the court by removing documents sealed by the court. The Court on May 15th 2020 sealed ten documents relating to the case. The Court on June 22nd 2020 further sealed three additional documents as requested by the plaintiff and while the merits of this case are legitimate and authentic because Kingsley did not provide for me, the sensitive family issues, financial details and personal information, including the spiteful and false allegations by Kingsley, which I was not given the opportunity to dispute is readily available on websites such as Leagle.com and despite court orders sealing the the documents, it is still available to the public and the Leagle website has refused despite repeated requests to remove those documents sealed by the court. The website coordinator, Donald Johnson responded " I suggest you contact the court asking for procedures needed for them to reissue the opinion, removing or redacting the information..". And further responded " If the court would like to contact us regarding this matter, we would be pleased to work with them to resolve this issue". The Order on preliminary injunction contains financial and sensitive details that has brought so much continued embarrassment, threats, psychological and emotional pain to my family and is putting my life and child at risk. My family in Nigeria has been receiving threats of kidnap for money.

## I. FACTS

This is a lawsuit for financial support that is owed to Plaintiff Chioma Nwauwa. The Defendant was personally served with the Summons and Complaint on February 15, 2019. Defendant then appeared in this matter *Pro* se and filed a series of three motions to dismiss which have been mooted by this Court. Plaintiff filed a voluntary motion to dismiss the suit without prejudice in the best interests of the child and to encourage an amicable coparenting. The Court granted plaintiff's motion and the suit was dismissed without prejudice.

---

2

II. ARGUMENT

Rule 76 Texas Rules of Civil Procedure states that court records, as defined in this rule, are presumed to be open to the general public and may be sealed only upon a showing of all of the following:

(a) a specific, serious and substantial interest which clearly outweighs:

(1) this presumption of openness;

(2) any probable adverse effect that sealing will have upon the general public health or safety;

(b) no less restrictive means than sealing records will adequately and effectively protect the specific interest asserted.

    (a) A specific, serious and substantial interest which clearly outweighs

        (1) Presumption of openness

        The threats of kidnap against my family and I and the sensitive financial information and extremely false allegations by Kingsley which are shown in the preliminary injunction order and which clearly was not addressed by my counsel is specific, serious and of substantial interest and allowing the document to be on public websites such as the Leagle website through search engines further increases safety risks.

        (2) Any probable adverse effect that sealing will have upon the general public health or safety;

        The removal of the sealed document from Leagle.com does not prejudice or have effect or bearing on public health and saftey. This suit is of a very personal nature, contains sensitive personal and financial information and weighs heavily on family law.

    (b) No less restrictive means than sealing records will adequately and effectively protect the specific interest asserted.

        The less restrictive means that will protect the specific interest is directing Leagle.com website to remove documents sealed by the court from public search engines.

## III. CONCLUSION

In accordance to the Court's Order sealing the document which is readily available to the public on Leagle Website. The plaintiff requests that the Court direct Leagle.com website remove the documents sealed by the court according to the Court order.

I respectfully request that this Court enter an Order (a) Directing LEAGLE.com to remove from its website the documents sealed by the court as it contains sensitive information in the above mentioned documents and exhibits (b) Other documents listed above with sensitive information (d) Such other and further relief that this court deems just and proper.

_____

Motion to Reissue, Remove and Redact
    CASENo.1:18cv01130.RP

Case 1:18-cv-01130-RP   Document 57   Filed 07/24/20   Page 5 of 7

## CERTIFICATE OF SERVICE

I hereby certify that on this today I caused the foregoing document and all exhibits to be served upon the following individuals in the manner indicated below:

| Manner of service:<br><br>Priority mail, postage prepaid; and Email | Kingsley Ugochukwu<br>515 E Slaughter Lane Apt 23()3<br>Austin TX 78744-0044<br><br>Kingsleyugochukwu@gmail.com<br>kingzbosskingz@gmail.com |

Dated: July 14th, 2020

/s/ Chioma Nwauwa

1221 W 103rd Str,

234,

Kansas City,

Missouri, 64114

**MAILING ADDRESS**

To whom it may concern,

Kindly mail all correspondences to:

1221 W 103rd Str, Unit 234,
Kansas City, Missouri, 64114

Thank you,

Chioma Nwauwa
July 14th, 2020



EXPRESS MAIL

UNITED STATES POSTAL SERVICE

FIRMLY TO ... S FIRMLY T...

LABEL 119 www.usps.gov LABEL 119 www.usps.gov

U.S. POSTAGE PAID
PME 1-Day
LUTHERVILLE TIMONIUM, MD
21093
JUL 22, 20
AMOUNT

**$26.35**

R2304H109206-12

1007 78701

UNITED STATES POSTAL SERVICE

# PRIORITY® MAIL EXPRESS

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 053 599 935 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (281) 515-5907

CHIOMA NWAUWA
1221 W 103rd STR,
UNIT 234
KANSAS CITY, MISSOURI, 64114

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

WESTERN DISTRICT COURT
OF TEXAS IN AUSTIN,
501 W 5th STREET, SUITE 1100
AUSTIN, TEXAS

ZIP + 4® (U.S. ADDRESSES ONLY)
78701

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code 21093 | Scheduled Delivery Date (MM/DD/YY) 07/23/20 | Postage $ | |
| Date Accepted (MM/DD/YY) 07/22/20 | Scheduled Delivery Time ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted 112 ☐ AM ☒ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 26.35 | |
| Weight ☐ Flat Rate 4 lbs. ozs. | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
+ Money Back Guarantee for U.S. destinations only. × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express®. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.